**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

UNITED STATES OF AMERICA

vs.                                    Case No.:4:09-CR-1-SPM/WCS-1

SIDNEY BRIAN GIBSON,

            Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE REVOCATION HEARING

This cause comes before the Court on the Defendant's Motion to

Continue Revocation Hearing (doc. 15).  As grounds, Defendant states that

Defendant's Counsel intends to withdraw as counsel for the Defendant.  The

Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Defendant's motion to continue (doc. 15) is hereby  *granted*.

2.      The revocation hearing is reset for **Monday, November 16, 2009, at

1:30 p.m.** in Tallahassee, Florida.

**DONE AND ORDERED** this <u>fourteenth</u> day of August, 2009.

_s/ Stephan P. Mickle_
Stephan P. Mickle
Chief United States District Judge